**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| THELMA WILLIAMS, JR., | * | |
| ADC # 93197, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 5:10-cv-00333-SWW-JJV |
| | * | |
| STRATTON, Nurse, Varner Supermax Unit, | * | |
| Arkansas Department of Correction; *et al.,* | * | |
| | * | |
| Defendants. | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 16th day of March, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE